NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEODORO DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HACKENSACK, et al.,<br><br>Defendants. | Civil No.: 06-4615 (JLL)<br><br><br><br>ORDER |

**LINARES**, District Judge.

This matter having come before the Court on Defendant City of Hackensack's motion to dismiss (Dckt. No. 50) and based on the reasons set forth in the Court's corresponding Opinion dated March 31, 2010,

**IT IS** on this **31st day of March, 2010**,

**ORDERED** that Defendant City of Hackensack's Motion to Dismiss Plaintiff's complaint is GRANTED.

**IT IS SO ORDERED.**

/s/ Jose L. Linares
United States District Judge

DATED: March 31, 2010

1